UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>ROBERT BAY JOHNSON,<br><br>                              Defendant. | Case No. 3:20-cr-00007-LRH-WGC<br><br>MINUTE ORDER<br><br>May 18, 2020 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:    NONE APPEARING         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):         NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

   Before the court is defendant Robert Bay Johnson's Motion to Substitute Attorney (ECF No. 21) in which defendant requests to substitute retained counsel, Damian R. Sheets, in place and instead of Lauren D. Gorman, Assistant Federal Public Defender. Defendant and both counsel agree to this substitution.  Also, before the court is defendant's Motion to Withdraw (ECF No. 23).  Good cause appearing,

   IT IS HEREBY ORDERED that the motion to substitute counsel (ECF No. 21) and the motion to withdraw (ECF No. 23) are GRANTED.

   IT IS FURTHER ORDERED that Damian R. Sheets of the Law Offices of Nevada Defense Group, 714 South Fourth Street, Las Vegas, Nevada 89101, is substituted in as counsel of record for defendant.

   IT IS SO ORDERED.

                                                            DEBRA K. KEMPI, CLERK

                                                            By:            /s/
                                                                       Deputy Clerk